1016

[No. 8895-2-III.   Division Three.   November 30, 1989.]

EUGENE M. SCHULTHEIS, ET AL, *Respondents*, v. HAROLD SCHULTHEIS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Whitman County, No. 27809, Philip H. Faris, J., entered September 11, 1987. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and Shields, J.

[No. 9231-3-III.   Division Three.   November 30, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. JUDITH P. CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 87-1-00284-2, Yancey Reser, J., entered February 22, 1989. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.

[No. 10983-2-II.   Division Two.   November 30, 1989.]

PAUL E. MILLER, *Respondent*, v. AMERICAN SAVINGS BANK, F.S.B., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 85-2-01194-1, J. Kelley Arnold, J., entered April 10, 1987. *Affirmed as modified* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.

[No. 12164-6-II.   Division Two.   November 30, 1989.]

JAMES C. BLACKFORD, ET AL, *Appellants*, v. HARVEY C. MAYSE, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 83-2-01146-6, Paula Casey, J., entered July 5, 1988. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Dolliver and Wieland, JJ. Pro Tem.